UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NICOLE SOLAS,
Plaintiff,

v. CA No. 24-cv-00310-MRD-LDA

TOWN OF SOUTH KINGSTOWN, SOUTH KINGSTOWN SCHOOL DEPARTMENT, SOUTH KINGTOWN SCHOOL COMMITTEE, SARAH MARKEY, and EMILY CUMMISKEY,
Defendants.

# JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Memorandum and Order entered on May 13, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is entered dismissing this civil action.

It is so ordered.

May 13, 2025

By the Court:
/s/ Melissa R. DuBose
U.S. District Judge